No. 04–5013. BELTRAN-RODRIGUEZ v. UNITED STATES; MENDEZ-MARTINEZ v. UNITED STATES; VASQUEZ-CID v. UNITED STATES; and VILLASENOR-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5014. BROOKS v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5015. BARNETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5016. BRANDON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5017. BOTTONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–5018. MEARS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–5019. MORA-ZAPATA, AKA COTTO, AKA MORA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–5020. MALVERTY v. GEORGIA BOARD OF PARDONS AND PAROLES ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5021. ALLEN v. MITCHELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5022. SHEIKH v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–5023. RICHEY v. AULT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 04–5024. RUSSO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–5026. BLANTON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 04–5027. VEGA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.